# United States District Court
# For The Western District of North Carolina
# Statesville Division

ABDUR RAHMAN MUHAMMAD,

    Plaintiff(s),　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　CASE NO. 5:08CV15-3-MU

BOBBY HARLESS, SUPT.,
WILKES CORRECTIONAL CENTER,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 19, 2008, Order.

                      Signed: February 19, 2008

                      *[signature]*

                      Frank G. Johns, Clerk
                      United States District Court